| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2017
David J. Bradley, Clerk

The Oxford Council of Co-Owners, §
§
Plaintiff, §
§
versus § Civil Action H-17-337
§
Hartford Insurance Company of Midwest, §
§
Defendant. §

# Final Dismissal

1. Neither party having moved to reinstate, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 7, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge